IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JANE A. RESTANI, SENIOR JUDGE

_____
STANLEY BLACK & DECKER, INC., and )
STANLEY FASTENING SYSTEMS, L.P., )
)
    Plaintiffs, )
)
    v. )    Court No. 20-03821
)
THE UNITED STATES U.S. CUSTOMS & )
BORDER PROTECTION, and TROY A. )
MILLER, SENIOR OFFICIAL PERFORMING )
the DUTIES of the COMMISIONER, )
U.S. CUSTOMS & BORDER PROTECTION, )
)
    Defendant. )
_____)

## **ORDER**

Upon consideration of defendant's status report, it is hereby

ORDERED that defendant file a status report within 60 days of entry of this order regarding the status of the issuance of a refund to plaintiff.

DATED: _____                                    _____
      New York, NY                                              SENIOR JUDGE

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JANE A. RESTANI, SENIOR JUDGE

| | |
|---|---|
| STANLEY BLACK & DECKER, INC., and STANLEY FASTENING SYSTEMS, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES, U.S. CUSTOMS & BORDER PROTECTION, and TROY A. MILLER, SENIOR OFFICIAL PERFORMING the DUTIES of the COMMISIONER, U.S. CUSTOMS & BORDER PROTECTION, <br><br> Defendant. | Court No. 20-03821 |

## STATUS REPORT

Defendant, the United States, respectfully submits this status report, pursuant to the Court's March 15, 2021 order. *See* ECF No. 21. At a December 10, 2020 status conference, the Court ordered U.S. Customs and Border Protection (CBP) to investigate the allegation made by plaintiffs Stanley Fastening Systems, L.P. and Stanley Black & Decker, Inc. (collectively Stanley) that certain entries were liquidated at a rate other than the one set forth in accordance with the Court's judgment in a prior related case (*The Stanley Works (Langfang) Fastening Systems Co., Ltd. and The Stanley Works/Stanley Fastening Systems L.P. v. United States*, No. 11-00102), and, if possible, to effectuate a refund to Stanley.

Since the time of our last status report, CBP has given final approval to a recommendation in favor of effectuating a refund to Stanley. The agency will notify the

appropriate officials to reliquidate the affected entries so that the final rate and amount of duties are in accordance with the Court's judgment in the prior related case, and issue refunds with interest, as provided by law. Based on the typical experience of reliquidating entries upon the entry of stipulated judgments in other cases, CBP estimates that the reliquidations will be processed within 60 days of the date of this status report, and that the refunds will be issued in the normal course approximately three weeks after the reliquidations.

Accordingly, we respectfully request that defendant be permitted to file another status report within 60 days informing the Court as to the status of the refund to Stanley. We have conferred with counsel for Stanley, who has no objection to this request.

DATE: April 14, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

s/Sosun Bae
SOSUN BAE
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-7568

2