IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JANE A. RESTANI, SENIOR JUDGE

| | |
|---|---|
| STANLEY BLACK & DECKER, INC., and STANLEY FASTENING SYSTEMS, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES U.S. CUSTOMS & BORDER PROTECTION, and TROY A. MILLER, SENIOR OFFICIAL PERFORMING the DUTIES of the COMMISIONER, U.S. CUSTOMS & BORDER PROTECTION, <br><br> Defendant. | Court No. 20-03821 |

## **ORDER**

Upon consideration of defendant's status report, it is hereby

ORDERED that defendant file a status report within 45 days of entry of this order regarding the status of the issuance of a refund to plaintiff, unless plaintiff files a notice of voluntary dismissal.

DATED:_____                              _____
         New York, NY                                                                   SENIOR JUDGE

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JANE A. RESTANI, SENIOR JUDGE

_____
                                    )
STANLEY BLACK & DECKER, INC., and   )
STANLEY FASTENING SYSTEMS, L.P.,    )
                                    )
           Plaintiffs,              )
                                    )
                                    )
                                    )
      v.                            )    Court No. 20-03821
                                    )
THE UNITED STATES, U.S. CUSTOMS &   )
BORDER PROTECTION, and TROY A.      )
MILLER, SENIOR OFFICIAL PERFORMING  )
the DUTIES of the COMMISIONER,      )
U.S. CUSTOMS & BORDER PROTECTION,   )
                                    )
           Defendant.               )
_____)

## STATUS REPORT

Defendant, the United States, respectfully submits this status report, pursuant to the Court's April 15, 2021 order. *See* ECF No. 23. At a December 10, 2020 status conference, the Court ordered U.S. Customs and Border Protection (CBP) to investigate the allegation made by plaintiffs Stanley Fastening Systems, L.P. and Stanley Black & Decker, Inc. (collectively Stanley) that certain entries were liquidated at a rate other than the one set forth in accordance with the Court's judgment in a prior related case (*The Stanley Works (Langfang) Fastening Systems Co., Ltd. and The Stanley Works/Stanley Fastening Systems L.P. v. United States*, No. 11-00102), and, if possible, to effectuate a refund to Stanley.

Since the time of our last status report, in which we notified the Court that CBP had given final approval to a recommendation in favor of effectuating a refund to Stanley, CBP has issued

instructions for the reliquidation of Stanley's entries at issue in this action. As of the date of this filing, CBP believes that that the vast majority of Stanley's entries (291 of 321) have already been reliquidated, and estimates that refunds will issue to Stanley within the next few weeks. CBP intends to imminently review and reliquidate the remaining few entries.

Accordingly, we respectfully request that defendant be permitted to file another status report within 45 days informing the Court as to the status of the refund to Stanley, unless the refund process has been completed prior to that time, in which event Stanley will file a notice of voluntary dismissal of this action. We have conferred with counsel for Stanley, who has no objection to this request.

DATE: June 14, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

s/Sosun Bae
SOSUN BAE
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-7568